# United States District Court
# Western District of North Carolina
# Asheville Division

| Keri E. Manos, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 1:17-cv-00079-FDW |
| vs. | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security, Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2018 Order.

June 20, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court